ACCEPTED
03-13-00850-CV
5186380
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 9:31:56 AM
JEFFREY D. KYLE
CLERK

NO. 03-13-00850-CV

IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 9:31:56 AM
JEFFREY D. KYLE
Clerk

FOR THE THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN, TEXAS

A&H PROPERTIES PARTNERSHIP,

APPELLANT,

v.

GPM ENGINEERING,

APPELLEE.

APPEAL FROM THE 250th DISTRICT COURT
TRAVIS COUNTY, TEXAS
THE HON. JOHN K. DIETZ, PRESIDING JUDGE

## APPELLANT'S DESIGNATION OF LEAD COUNSEL AND REMOVAL OF M. BRANDON WADDELL AS COUNSEL ON MATTER

Michael D. Farris
State Bar No. 06844300
mfarris@vilolaw.com


Vincent Lopez Serafino Jenevein, P.C.
1601 Elm Street, Suite 4100
Dallas, Texas 75201
214-979-7400 - Telephone
214-979-7402 - Telecopier
ATTORNEYS FOR APPELLANT

## DESIGNATION OF LEAD COUNSEL

Pursuant to Texas Rule of Appellate Procedure 6.1 (c), Appellant A&H Properties Partnership ("A&H") seeks to designate Michael D. Farris, State Bar No. 06844300, 1601 Elm Street, Suite 4100, Dallas, Texas 75201, Telephone (214) 979-7400, Facsimile (214) 979-7402, mfarris@vilolaw.com, as lead counsel of record.

A&H would further request M. Brandon Waddell, State Bar No. 24042106, be removed as counsel on the matter.

Respectfully submitted,

/s/ Michael D. Farris_____
Michael D. Farris
State Bar No. 06844300
mfarris@vilolaw.com


/s/ M. Brandon Waddell_____
M. Brandon Waddell
State Bar No. 24042106
bwaddell@vilolaw.com


**VINCENT,LOPEZ**
**SERAFINO JENEVEIN, P.C.**
1601 Elm Street, Suite 4100
Dallas, Texas 75201
Telephone: (214) 979-7400
Telecopier: (214) 979-7402

1

## CERTIFICATE OF SERVICE

This is to certify that on this the 7th day of May, 2015, a true and correct copy of this motion is being served upon counsel of record for Appellee GPM ENGINEERING, Matthew Cano and Whitney May, via ECF.

*/s/ Michael D. Farris*

Michael D. Farris

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of TEX. R. OF APP. PROC. 9.4(i) (2)(B) because this brief contains 62 words, excluding the parts of the brief exempted by TEX. R. OF APP. PROC. 9.4(i) (1).

*/s/ Michael D. Farris*

Michael D. Farris
Attorney of record for
Appellant: A&H Properties
Dated: May 7, 2015